# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PAUL TETERS,

    Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

    Defendants.

CASE NO. 3:18-CV-5481-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER:**

(1)     The Report and Recommendation is **ADOPTED**.

(2)     Defendant Sundstrom's motion for summary judgment (Dkt. 34) is **GRANTED**.

(3)     Plaintiff's claims against defendant Sundstrom are **DISMISSED WITH PREJUDICE**.

///

The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED.

**DATED** this 28th day of June, 2019.

*Ronald B. Leighton*
Ronald B. Leighton
United States District Judge