UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL TETERS,

          Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

          Defendants.

CASE NO. 3:18-cv-05481 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 61]. The R&R recommends granting defendants' motion for summary judgment [Dkt. # 52]. Plaintiff Teters objects. [Dkt. # 62]. Teters twice sought and received more time to respond to the underlying motion [Dkt. #s 63-66]. The deadline for doing so was February 28, 2020. Teters has not filed any additional evidence or argument.

(1) The Report and Recommendation is **ADOPTED**. The remaining defendants' summary judgment motion [Dkt. # 52] is **GRANTED**, and Teters's remaining claims are **DISMISSED** with prejudice.

(2) For purposes of any appeal, plaintiff's *in forma pauperis* status is **REVOKED**.

(3) The Clerk shall **close the case** and send copies of this order to plaintiff, defendants' counsel, and Judge Creatura.

IT IS SO ORDERED.

Dated this 3rd day of March, 2020.

Ronald B. Leighton
United States District Judge